There are no Nebraska Court of Appeals opinions for the week of October 13, 2015.